IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:21-cr-00308-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. §§ 2422(b), 2251, |
| | * | 2252A(a)(2), 2252A(a)(5)(B) |
| | * | |
| GARY LANDON HARPER, | * | |
| a.k.a. "lilharp," a.k.a. "oleharp," | * | |
| a.k.a. "Millwright2011," | * | DISTRICT JUDGE DOUGHTY |
| a.k.a. "olecountry1234" | * | MAGISTRATE JUDGE McCLUSKY |

**PROTECTIVE ORDER**

Having considered the United States' Motion for a Protective Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to Fed. R. Crim. P. 16(d)(1), and based on a finding of just cause, the Court issues a Protective Order in the above-captioned case as follows:

1. All of the materials provided by the United States in preparation for, or in connection with, any stage of the proceedings in this case (collectively, "the materials") that are subject to this Protective Order and may be used by the defendant and defense counsel (defined as counsel of record in this case) solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. Defense counsel shall restrict dissemination of and access to any materials containing PII of third parties related to the above-captioned case as

described in the United States' Motion for a Protective Order, except as necessary in preparation for the defense.

3. The defendant shall be allowed to review the above-described materials only in the presence of defense counsel. Defendant shall not be provided any of the materials above unless expressly permitted by this Court. Defendant shall not copy or otherwise reproduce the materials described above and in the United States' motion.

4. Defense counsel shall maintain sole custody of the above-described materials and keep them in a secure location, not duplicate, transfer, or otherwise disseminate or transfer the materials to any other party who is not necessary for the preparation of the defense.

5. Defense counsel shall require all parties and individuals who are provided access to the above-described materials to complete and execute the Certification & Acknowledgment attached to the United States' motion. Defense counsel shall maintain all Certifications & Acknowledgments.

6. Nothing contained in this Protective Order shall preclude any party from applying to this Court for further relief or for modification of any provision thereof.

Signed this the 11th day of February, 2022, at Monroe, Louisiana.

_Kayla Dye McClusky_
HON. KAYLA D. MCCLUSKY
United States Magistrate Judge